THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EDDIE JENKINS, Petitioner-Appellant.

(No. 58260;

First District (1st Division)—September 4, 1973.

PER CURIAM.
BURKE, J., took no part.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.